IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| STEPHEN DOUGLAS McCASKILL, No. K-77293, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 17-cv-748-NJR |
| W. REED, OFFICER WILLFORD, OFFICER GRIFFIN, LT. JENKINS, JEFFERY DENNISON, ALFONSO DAVID, LORREAL LECRONE, LORREAL CRANK, MAJOR FARNER, C/O GIBBS, MS. SMOOT, C/O WIGGS, ERIC SORENSON, LOUYD PERKINS, AUSTIN, OESTMANN, and ARMSTRONG, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

# NOTICE OF IMPENDING DISMISSAL

**ROSENSTENGEL, District Judge:**

This matter is before the Court for case management. Plaintiff, Stephen Douglas McCaskill, filed this *pro se* civil rights action on July 18, 2017. (Doc. 1). His claims arose while he was incarcerated at the Shawnee Correctional Center, but McCaskill was no longer a prisoner when he filed this case. (Doc. 1, pp. 3, 16).

Upon receipt of the Complaint, the Clerk immediately sent McCaskill a letter (Doc. 2) advising him of the case number and filing fee requirements for a civil rights action. He was

1

warned that if he did not submit either the $400.00 filing fee or a motion for leave to proceed *in forma pauperis* (IFP) within 30 days, his case would be subject to dismissal. He was provided with a blank form motion for IFP. McCaskill's 30-day deadline of August 18, 2017, has come and gone, and he has failed to respond in any way. This action is therefore subject to dismissal for failure to prosecute.

**IT IS THEREFORE ORDERED** that McCaskill shall either pay the $400.00 filing fee for this action, or submit his motion for leave to proceed IFP, within 14 days of the date of entry of this order (on or before **September 22, 2017**). Failure to comply with this Order **will result in dismissal** of this action for want of prosecution under Federal Rule of Civil Procedure 41(b).

Further, McCaskill is **REMINDED** that he is under a continuing obligation to keep the Clerk and each opposing party informed of any change in his location. Pursuant to Southern District of Illinois Local Rule 3.1(b), notification to the Court of any address change shall be made in writing no later than 7 days after a change in address occurs.

**IT IS SO ORDERED.**

**DATED: September 8, 2017**

 _____
**NANCY J. ROSENSTENGEL**
**United States District Judge**